UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMEON SPENCER**                                                                              **PLAINTIFF**

v.                       **CASE NO. 5:08cv00235 BSM**

**FLOYD WHITE, Individually and in His
Official Capacity as Sheriff of Chicot County,
Arkansas; and RON NICHOLS, Individually and in
His Official Capacity as Sheriff of Chicot County, Arkansas**      **DEFENDANTS**

## JUDGMENT

In accordance with the findings of fact and conclusions of law entered today, judgment is entered in favor of separate defendants Floyd White and Ron Nichols. Spencer's complaint is therefore dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2010.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE